Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
Sean E. Cortney (NV Bar No. 16218)
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
amy.samberg@clydeco.us
dylan.todd@clydeco.us
sean.cortney@clydeco.us

*Attorneys for Defendant*
*Zurich American Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAMRON GARRETT,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a Foreign Company; and DOES I through X inclusive; and ROE ENTITIES XI through XX, inclusive.<br><br>Defendants. | CASE NO.: 2:25-cv-01347- APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE** |

Defendant ZURICH AMERICAN INSURANCE COMPANY and Plaintiff KAMRON GARRETT, by and through their undersigned counsel of record, respectfully agree and stipulate that Plaintiff will dismiss his entire complaint and all claims contained therein with prejudice as to Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Accordingly, the parties hereby agree and stipulate to dismiss Defendant from this
2  action in its entirety.

3  Dated: December 15, 2025                    Dated: December 8th, 2025

4  CLYDE & CO US LLP                            KAPLAN LAW GROUP

Amy M. Samberg (NV Bar No. 10212)              Brittany A. Kaplan (NV Bar No. 13663)
Dylan P. Todd (NV Bar No. 10456)               Kory L. Kaplan (NV Bar No. 13164)
Sean E. Cortney (NV Bar No. 16218)             10091 Park Run Drive, Suite 190
7251 W. Lake Mead Blvd., Suite 430             Las Vegas, Nevada 89145
Las Vegas NV 89128                             Telephone: (702) 381-8888
Telephone: 725-248-2900                        *Attorneys for Plaintiff*
*Attorneys for Defendant*                      *Zamron Garrett*
*Zurich American Insurance Company*

- 2 -

*Garrett v. Zurich American Insurance Company*
*Case No.: 2:25-cv-01347- APG-DJA*

## ORDER

**BASED ON THE STIPULATION OF THE PARTIES** and good cause appearing; therefore

**IT IS SO ORDERED** that Defendant ZURICH AMERICAN INSURANCE COMPANY is hereby dismissed with prejudice, each party to bear their own fees and costs.

IT IS SO ORDERED:

Dated: December 16, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE


Respectfully Submitted by:

CLYDE & CO US LLP

Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
Sean E. Cortney (NV Bar No. 16218)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
*Attorneys for Defendant*
*Zurich American Insurance Company*

- 3 -